## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 95-00133-CB |
| CARL MORRISSETTE, | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on a letter motion filed by the defendant, Carl Morrissette, requesting appointment of counsel to file a motion for reduction of sentence on his behalf. There is no constitutional or statutory right to counsel in a § 3582(c)(2) proceeding, although counsel may be appointed if the need arises. *United States v. Webb*, 565 F.3d 789, 794-95 (11th Cir. 2009). In this instance, there is no need for appointment of counsel. Defendant's letter motion shall be considered as a *pro se* motion for reduction of sentence and shall be taken under advisement.

**DONE** and **ORDERED** this the 16th day of March, 2016.

s/*Charles R. Butler, Jr*
**Senior United States District Judge**